No. 90–913. BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM *v.* MCORP FINANCIAL, INC., ET AL.; and

No. 90–914. MCORP ET AL. *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 5th Cir. [Certiorari granted, 499 U. S. 904.] Motion of respondents and cross-petitioners MCorp et al. for divided argument denied.

No. 90–1126. NORMAN ET AL. *v.* REED ET AL.; and

No. 90–1435. COOK COUNTY OFFICERS ELECTORAL BOARD ET AL. *v.* REED ET AL. Sup. Ct. Ill. [Certiorari granted, 500 U. S. 931.] Motion of petitioners Cook County Officers Electoral Board et al. for divided argument granted to be divided as follows: petitioners Barbara Norman et al., 15 minutes; petitioners Cook County Officers Electoral Board et al., 15 minutes; and respondents Dorothy Reed et al., 30 minutes.

No. 90–1156. NEW ORLEANS PUBLIC SERVICE INC. *v.* COUNCIL OF THE CITY OF NEW ORLEANS ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 974.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of respondent Alliance for Affordable Energy, Inc., for divided argument and for additional time for oral argument denied.

No. 90–1205. UNITED STATES *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL.; and

No. 90–6588. AYERS ET AL. *v.* MABUS, GOVERNOR OF MISSISSIPPI, ET AL. C. A. 5th Cir. [Certiorari granted, 499 U. S. 958.] Motions of Alcorn State University National Alumni Association, Joseph Califano, Jr., et al., and Jackson State University for leave to file briefs as *amici curiae* granted. Motion of the Solicitor General for divided argument granted. Motion of petitioners Jake Ayers, Jr., et al. for divided argument and for additional time for oral argument denied.

No. 90–1390. GENERAL MOTORS CORP. ET AL. *v.* ROMEIN ET AL. Sup. Ct. Mich. [Certiorari granted, 500 U. S. 915.] Motion of the Attorney General of Michigan for divided argument denied.

No. 90–1577. UNITED STATES *v.* R. L. C. C. A. 8th Cir. [Certiorari granted, *ante*, p. 1230.] Motion of the Solicitor General to dispense with printing the joint appendix granted.